IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT A. BARRICK,** )<br>    **Plaintiff,** )<br> )<br>    v. )<br> )<br>**DR. WILLIAM NEWMAN, et al.,** )<br>    **Defendants.** ) | **Civil Action No. 05-1545**<br>**Electronically Filed** |

### O R D E R

AND NOW, this 24th day of February, 2006, after the plaintiff, Robert A. Barrick, filed a civil rights complaint in the above-captioned case, and after a motion to dismiss the complaint was submitted by defendant Dr. William Newman, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the plaintiff's untimely reply to defendant Newman's motion to dismiss, which is treated as objections, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss the complaint filed by defendant Dr. William Newman (Docket No. 13) is granted.

s/Arthur J. Schwab
United States District Judge

cc: Robert A. Barrick
2150-05
Westmoreland County Jail
3000 South Grande Blvd.
Greensburg, PA  15601

All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge